# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America

**v.**     **Case No:** 22-3039

Edward Lang

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

## Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States of America

## Counsel Information

Lead Counsel: James I. Pearce

Direct Phone: ( 202 ) 2627359  Fax: ( 202 ) 3022121  Email: james.pearce@usdoj.gov

2nd Counsel:

Direct Phone: ( ___ ) _____ Fax: ( ___ ) _____  Email:

3rd Counsel:

Direct Phone: ( ___ ) _____ Fax: ( ___ ) _____  Email:

Firm Name: U.S. Department of Justice, Criminal Division, Appellate Section

Firm Address: 950 Pennsylvania Ave NW, Washington, DC 20530

Firm Phone: ( 202 ) 5324991  Fax: ( 202 ) 3022121  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)