# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-3038**                                    **September Term, 2021**

                                                                                                            1:21-cr-00053-CJN-1
                                                                                                            1:21-cr-00119-CJN-1
                                                                                                            1:21-cr-00234-CJN-1

                                                                           **Filed On:** August 1, 2022

United States of America,
                Appellant

       v.

Joseph W. Fischer,
                Appellee

**No. 22-3039**

                                                                                      1:21-cr-00053-CJN-1

United States of America,
                Appellant

      v.

Edward Jacob Lang,
                Appellee

**No. 22-3041**

                                                                                       1:21-cr-00119-CJN-1

United States of America,
                Appellant

      v.

Garret Miller,
                Appellee

## United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3038**                              **September Term, 2021**

### O R D E R

Upon consideration of the government's motion for an order of consolidation, it is

**ORDERED** that the above-captioned cases be consolidated. It is

**FURTHER ORDERED**, on the court's own motion, that the appellees show cause by August 5, 2022, why the following briefing format and schedule should not apply in these consolidated cases:

| | |
|---|---|
| Consolidated Opening Brief for Appellant (not to exceed 13,000 words) | August 8, 2022 |
| Appendix | August 8, 2022 |
| Brief(s) for Appellees (up to three briefs, not to exceed a total of 13,000 words in the aggregate) | September 7, 2022 |
| Consolidated Reply Brief for Appellant (not to exceed 6,500 words) | September 28, 2022 |

**FOR THE COURT:**
Mark J. Langer, Clerk

**By:**    /s/
Laura Chipley
Deputy Clerk