# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-3038**                 **September Term, 2021**

1:21-cr-00053-CJN-1
1:21-cr-00119-CJN-1
1:21-cr-00234-CJN-1

**Filed On:** August 10, 2022

United States of America,

       Appellant

   v.

Joseph W. Fischer,

       Appellee

------------------------------

Consolidated with 22-3039, 22-3041

## O R D E R

Upon consideration of the court's order to show cause filed on August 1, 2022, and the lack of any response thereto, it is

**ORDERED** that the order to show cause be discharged. The parties are directed to follow the briefing format and schedule set forth in the order to show cause.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                              BY:    /s/
                                               Laura Chipley
                                               Deputy Clerk