# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.

Garret Miller

**Case No:** 22-3041

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Garret Miller

### Counsel Information

**Lead Counsel:** F. Clinton Broden

**Direct Phone:** (214) 563-3154 **Fax:** (214) 720-9594 **Email:** clint@texascrimlaw.com

**2nd Counsel:**

**Direct Phone:** ( ) **Fax:** ( ) **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) **Fax:** ( ) **Email:**

**Firm Name:** Broden & Mickelsen

**Firm Address:** 2600 State Street, Dallas, Texas 75204

**Firm Phone:** (214) 720-9552 **Fax:** (214) 720-9594 **Email:** clint@texascrimlaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)