# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3038**                             **September Term, 2021**

1:21-cr-00053-CJN-1
1:21-cr-00234-CJN-1
1:21-cr-00119-CJN-1

**Filed On: August 26, 2022** [1961107]

United States of America,

      Appellant

  v.

Joseph W. Fischer,

      Appellee

------------------------------

Consolidated with 22-3039, 22-3041

## O R D E R

     Upon consideration of appellees' unopposed motion for extension of time to file brief, it is

     **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

    Appellees' Brief                                      September 14, 2022

    Appellant's Reply Brief                         October 5, 2022

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                          BY:     /s/
                                             Catherine J. Lavender
                                             Deputy Clerk