# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3038**  **September Term, 2022**

1:21-cr-00053-CJN-1
1:21-cr-00234-CJN-1
1:21-cr-00119-CJN-1

**Filed On: September 16, 2022** [1964657]

United States of America,

    Appellant

  v.

Joseph W. Fischer,

    Appellee

------------------------------

Consolidated with 22-3039, 22-3041

### O R D E R

Upon consideration of appellees' unopposed motion to file a supplemental appendix, and the lodged supplemental appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental appendix.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
             Michael C. McGrail
             Deputy Clerk