# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-3038**  **September Term, 2022**

1:21-cr-00053-CJN-1
1:21-cr-00234-CJN-1
1:21-cr-00119-CJN-1

**Filed On: December 5, 2022** [1976185]

United States of America,

    Appellant

  v.

Joseph W. Fischer,

    Appellee

------------------------------

Consolidated with 22-3039, 22-3041

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for December 12, 2022, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellee | - | 15 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Katsas, Walker, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 6, 2022.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

  BY:    /s/
            Michael C. McGrail
            Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)