# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3038**  September Term, 2022

1:21-cr-00053-CJN-1
1:21-cr-00234-CJN-1
1:21-cr-00119-CJN-1

**Filed On: December 12, 2022** [1977211]

United States of America,

      Appellant

  v.

Joseph W. Fischer,

      Appellee

------------------------------

Consolidated with 22-3039, 22-3041

    **BEFORE:**    Circuit Judges Katsas, Walker, and Pan

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, December 12, 2022 at 9:31 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  James I. Pearce (DOJ), counsel for Appellants.

  Nicholas Smith, counsel for Appellee.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Anne A. Rothenberger
Deputy Clerk