# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3038**                                           **September Term, 2022**

**1:21-cr-00053-CJN-1**
**1:21-cr-00119-CJN-1**
**1:21-cr-00234-CJN-1**

**Filed On:** April 26, 2023

United States of America,

        Appellant

    v.

Joseph W. Fischer,

        Appellee

------------------------------

Consolidated with 22-3039, 22-3041

### **O R D E R**

Upon consideration of appellees' petition for panel rehearing, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellant file a response to the petition for panel rehearing. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                      BY:     /s/
                                 Daniel J. Reidy
                                 Deputy Clerk