# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3038**  **September Term, 2022**

1:21-cr-00234-CJN-1

**Filed On:** May 23, 2023

United States of America,

    Appellant

  v.

Joseph W. Fischer,

    Appellee

-----------------------------

Consolidated with 22-3039, 22-3041

    **BEFORE:**    Katsas, Walker and Pan, Circuit Judges

## O R D E R

    Upon consideration of appellees' petition for panel rehearing filed on April 25, 2023, and the response thereto, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk
                 BY:   /s/
                                 Daniel J. Reidy
                                 Deputy Clerk