# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3038**                                              **September Term, 2022**

**1:21-cr-00053-CJN-1**
**1:21-cr-00119-CJN-1**
**1:21-cr-00234-CJN-1**

**Filed On:** June 13, 2023

United States of America,

        Appellant

     v.

Joseph W. Fischer,

        Appellee

-----------------------------

Consolidated with 22-3039, 22-3041

      **BEFORE:**   Katsas, Walker, and Pan, Circuit Judges

## O R D E R

    Upon consideration of the motions to stay issuance of the mandate pending final disposition of a petition for writ of certiorari filed by appellees Joseph Fischer, in case No. 22-3038, and Garrett Miller, in case No. 22-3041; the government's motion for leave to late-file an opposition to the motions to stay; and the lodged opposition,  it is

    **ORDERED** that the motion for leave to late-file be granted.  It is

    **FURTHER ORDERED** that the motions to stay be granted. The Clerk is directed to withhold the issuance of the mandate through September 11, 2023.  If, within the period of the stay, appellees notify the Clerk in writing that a petition for writ of certiorari has been filed, the Clerk is directed to withhold issuance of the mandate pending the Supreme Court's final disposition. See Fed. R. App. P. 41(d)(2)(B); D.C. Cir. Rule 41(a)(2).

### Per Curiam

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

             BY:    /s/
                         Daniel J. Reidy
                         Deputy Clerk