# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 11, 2023

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

    Re:  Edward Jacob Lang
          v. United States
          No. 23-32
          (Your No. 22-3039)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 7, 2023 and placed on the docket July 11, 2023 as No. 23-32.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Lisa Nesbitt
          Case Analyst