UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,          :
                *Appellant*          :          NO. 22-3038
                          :
      v.          :
                          :
JOSEPH W. FISCHER,          :
                *Appellee*          :

**NOTICE OF FILING OF PETITION FOR
WRIT OF CERTIORARI**

Appellee, Joseph W. Fischer, through counsel, hereby advises this

Court that he filed a petition for writ of certiorari in the United States

Supreme Court on this date.


                Respectfully submitted,

Date:  September 11, 2023          */s/ Frederick W. Ulrich*
                FREDERICK W. ULRICH, ESQ.
                Asst. Federal Public Defender
                Attorney ID# PA44855
                100 Chestnut Street, Suite 306
                Harrisburg, PA  17101
                Tel. No. 717-782-2237
                Fax No. 717-782-3881
                *fritz_ulrich@fd.org*
                *Counsel for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Notice with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on September 11, 2023, James I. Pearce, U.S. Department of Justice, counsel for appellant, james.pearce@usdoj.gov, who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

*/s/ Frederick W. Ulrich*
FREDERICK W. ULRICH
Asst. Federal Public Defender