# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Clerk
United States Court of Appeals
   for the District of Columbia Circuit
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001-2866

>        **Re:   Edward J. Lang**
>                **v. United States**
>                **No. 23-32 (Your docket No. 22-3039)**

Dear Clerk:

       Attached please find a certified copy of the judgment of this Court in the above-entitled case.

>                                        Sincerely,
>
>                                        SCOTT S. HARRIS, Clerk
>
>                                        By
>
>                                        M. Altner
>                                        Assistant Clerk – Judgments

Enc.
cc:      All counsel of record

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Mr. Norman A. Pattis, Esq.
Pattis and Associates, LLC
383 Orange St., First Floor
New Haven, CT 06511

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

      **Re:  Edward J. Lang**
           **v. United States**
           **No. 23-32**

Dear Counsel:

      Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the District of Columbia Circuit.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      M. Altner
      Assistant Clerk- Judgments

cc:  Clerk, D.C. Cir.
       (Your docket No. 22-3039)

# Supreme Court of the United States

## No.  23–32

### EDWARD JACOB LANG,

Petitioner

### v.

### UNITED STATES

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the District of Columbia Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit for further consideration in light of *Fischer* v. *United States*, 603 U. S. ___ (2024).

July 2, 2024

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States